IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JULIE ANN RENTH,

        Plaintiff,

v.

LELAND DUDEK,
COMMISSIONER OF SOCIAL
SECURITY,

        Defendants.

Case No. 24-CV-01882-SPM

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of March 3, 2025 (Doc. 20), the Commissioner's final decision denying Plaintiff Julie Ann Renth's application for disability benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence pursuant to sentence four of 18 U.S.C. § 405(g).

    Judgment is entered in favor of Plaintiff Julie Ann Renth and against Leland Dudek, Commissioner of Social Security.

**DATED: March 3, 2025**

                              MONICA A. STUMP,
                              Clerk of Court


                              By: *s/ Jackie Muckensturm*
                                  **Deputy Clerk**


**APPROVED:** *s/ Stephen P. Mc*Glynn

**STEPHEN P. MCGLYNN**
**U.S. District Judge**